IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE MORGAN, JR.,

       Petitioner,                No. CIV S-07-1590 WBS DAD P

   vs.

L E SCRIBNER,

       Respondent.             ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed an application to proceed in forma pauperis or paid the filing fee.

       Petitioner is incarcerated at Calipatria State Prison in Imperial County and attacks a judgment of conviction entered in the Los Angeles County Superior Court. Imperial County is in an area embraced by the United States District Court for the Southern District of California. Los Angeles County is in an area embraced by the United States District Court for the Central District of California.

       Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently

1

1 confined here, this court does not have jurisdiction to entertain the application. It appears that
2 any and all witnesses and evidence necessary for the resolution of petitioner's habeas petition
3 would be more readily available in Los Angeles County. In the furtherance of justice, this action
4 will be transferred to the United States District Court in the district where petitioner was
5 convicted.
6     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
7 United States District Court for the Central District of California. 28 U.S.C. § 2241(d); 28
8 U.S.C. § 1406(a).
9 DATED: August 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13 DAD:9
leon1382.108b

2